UNITED STATES
District Court
Northern District
of Illinois

**FILED**

MAY 17 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Anthony Hines

v

Kent Elmer, et. al.

Case Number: 17 C 3788

Judge Robert W. Gettleman

I Anthony Hines Hereby Submit Exibit "R" A DVD containing visual X-rays of the injurys Sustained During the Arrest Due to excessive force By CPD officers Kent Elmer and Mark Evan on December 21, 2015

In Side these x rays will be Corroborating visual Evidence that supports the medical reports that are being submitted as Exibit A-Q along with Grevances/Complaints and the police Reports in which the reporting officers Admits that He Along with CPD officers cause bodily Harm

Along with medical records/reports that state that Cook county of correction was negligent with given me medical Attention

In addition I ask that due to the courts granting Kristen case's motion to withdraw from my case. I ask that the courts please appoint me counsel, I also like it to be clear that I do not wish to go forward with the Settlement agreement and I wish to continue with proven my claim

I would also like to summons/subpeana records/reports of disiplinary misconduct on Behalf of officers mike Evans And Kent Elmer pertaining to but not limited to, perjury, False Arrest, misconduct, and Excessive force

I thank you in advance for your help I ask that you take in consideration that I did request to withdraw from plea agreement with my Attorney Kristen Case as early as I possibly could due to my detention and incarceration at the Dixon Correctional, I'd like the court to be advised that after I had the time to consider I had become clear minded I discovered that I did not want to settle the case with CPD and its officers in their individual capacity, again I thank you for your time

Anthony Hines Y21820       05-10-18

P.S. I request that you send a letter of recognition that you are in receipt of my request and my DVD/Medical X-Ray's

STATE OF ILLINOIS  
SS  
COUNTY OF LEE

**FILED**  
MAY 17 2018  
THOMAS G. BRUTON  
CLERK, U.S. DISTRICT COURT

IN THE  
UNITE STATES DISTRICT  
Northern EASTERN DISTRICT

Kevin Elmer  
_____ )  
Respondent )  
vs. ) Case No. 17 C 3788  
Anthony Homes )  
_____ )

## NOTICE OF FILING

To: Northern District    To: _____    To: _____
Court U.S.

1 original & 2 copy    ___ copy(ies)    ___ copy(ies)

PLEASE TAKE NOTE that on the __11__ day of __May__, 20__18__, I have filed, through the U.S. Mail, the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1. Simmons
2. 1 DVD video x-rays
3. Request for Attny, Request for Discovery,
4. _____
5. _____
6. _____
7. _____
8. _____

## AFFIDAVIT OF SERVICE

I, _____, being first duly sworn on oath, depose and aver that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. Mail Box on Housing Unit#_____ located at Dixon Correctional Center in Dixon, IL for delivery as 1st Class Mail.

s/s _____  
Name: Anthony Homes  
IDOC Reg. # Y21820

Subscribed and sworn to before me this

____ day of _____, 20____.

_____  
Notary Public